UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KENNETH VAUGHN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA,<br><br>    Defendant. | Case No. 2:23-cv-01187-RFB-EJY<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 3) of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered on July 27, 2023. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by August 10, 2023. No objections have been filed. The Court has reviewed the record in this case and concurs with all the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 3) is **ACCEPTED** and **ADOPTED in full.**

**IT IS FURTHER ORDERED** that Plaintiff's *in forma pauperis* application (ECF No. 1) is **DENIED** as **moot.**

**IT IS FURTHER ORDERED** that Plaintiff's claims against the State of Nevada are **DISMISSED** with prejudice.

The Clerk of Court is instructed to close this matter accordingly.

**DATED:** April 22, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**